IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN FRICKER, | : | NO. 2:06-cv-1394-EL |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| LINDA S. McMAHON, | : | |
| Acting Commissioner of Social Security, | : | |
|     Defendant | : | |

ORDER

AND NOW, this 26th day of March, 2007, it is hereby

ORDERED, as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith dated February 21, 2007, is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED;

3. The final decision of the Commissioner denying plaintiff's claims for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act are REVERSED; and

4. The matter is REMANDED to the Commissioner for a determination of onset date and a calculation of benefits.

It is so ORDERED.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG J.